# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2093
_____

JAMES ARNOLD,

Appellant,

v.

THG RENTALS & SALES OF
CLEARWATER, INC., and SUMMIT
CLAIMS CENTER.,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Date of Accident:  August 6, 2013.

September 28, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Bradley G. Smith of Smith, Feddeler & Smith, P.A., Lakeland, and Wendy S. Loquasto of Fox & Loquasto, P.A., Tallahassee, for Appellant.

H. George Kagan of Miller, Kagan, Rodriguez & Silver, P.L., West Palm Beach, for Appellees.